UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EQUAL EMPLOYMENT OPPORTUNITY                                 :
COMMISSION,                                                  :          24 Misc. 125 (LGS)
                                        Petitioner,          :
                                                            :                 ORDER
                      -against-                              :
                                                            :
AMAZON.COM SERVICES LLC,                                     :
                                        Respondent.          :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on March 15, 2024, Petitioner filed a Petition in this action to enforce an

administrative subpoena against Respondent Amazon.com Services LLC.

    WHEREAS, an Opinion and Order dated July 11, 2024, granted the Petition and directed

Respondent to produce all documents and information responsive to the administrative subpoena

by August 9, 2024.  The Order also directed Petitioner to submit a supplemental affidavit

regarding costs by July 24, 2024, if Petition intended to seek reasonable costs expended in this

action.

    WHEREAS, an Order dated August 8, 2024, extended Respondent's deadline to complete

production of documents and information responsive to the administrative subpoena to September

27, 2024.

    WHEREAS, on September 30, 2024, Petitioner filed a letter stating that Respondent

timely completed production in response to the subpoena on September 27, 2024, and requesting

the right to seek the Court's assistance in resolving future disputes if Petitioner found any

deficiencies in Respondent's production.

    WHEREAS, an Order dated October 1, 2024, directed Petitioner to file a letter notifying

the Court of any deficiencies in Respondent's production by October 11, 2024, and informed the

parties that they may seek the Court's assistance in resolving future disputes as provided in the

Court's Individual Rules.

WHEREAS, Petitioner has not filed a letter notifying the Court of any deficiencies in Respondent's production or a supplemental affidavit regarding costs.

WHEREAS, all of the issues in this matter have been resolved.  It is hereby

**ORDERED** that the Clerk of Court is respectfully directed to close this case.

Dated: October 23, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2